FILED IN CHAMBERS
U.S.D.C. Atlanta

**ORIGINAL**

# United States District Court
## NORTHERN DISTRICT OF GEORGIA

AUG 0 5 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

DAMILOLA SOLOMON IBIWOYE and
OLAYINKA OLANIYI

**CRIMINAL COMPLAINT**

Case Number: 1:15-MJ-631

**(UNDER SEAL)**

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. Beginning on date unknown and continuing through at least December 1, 2014, in Fulton County, in the Northern District of Georgia and elsewhere, the defendants,

aided and abetted by each other and other persons, did knowingly and with the intent to defraud access a protected computer without authorization, and by means of such conduct furthered the intended fraud and obtained something of value; and

did knowingly and willfully conspire with each other and other persons to devise and participate in a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses and representations, knowing that said pretenses and representations were false and fraudulent when made, and causing interstate and foreign wire communications to be made in furtherance of the scheme and artifice to defraud,

in violation of Title 18, United States Code, Sections 2, 1030(a)(4), 1343 and 1349.

I further state that I am a Special agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

_____
Signature of Complainant
Tyson Fowler

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendants have committed it. Sworn to before me, and subscribed in my presence

August 5, 2015
Date

at   Atlanta, Georgia
City and State

GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

AUSA Jeffrey Brown / 2014R01102

**AFFIDAVIT**

I, TYSON FOWLER, being duly sworn, depose and state the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Atlanta Field Office, and have been employed as a Special Agent with the FBI for approximately four and a half years. Prior to becoming a Special Agent with the FBI, I was a sworn Sheriff's Deputy for the Orange County Sheriff's Office in Orlando, FL for approximately six and a half years. I am currently assigned to investigate cyber crime, as well as other criminal matters.

2. This affidavit is submitted in support of a Criminal Complaint charging, DAMILOLA SOLOMON IBIWOYE and OLAYINKA OLANIYI, with conspiracy to commit wire fraud in violation of Title 18, United States Code, Sections 1343, 1349 and computer fraud, in violation of Title 18 United States Code, Sections 2 and 1030(a)(4). This affidavit is based upon my knowledge of the investigation and upon information that I received from numerous sources to include statements, computer logs, search warrant data, Grand Jury data and other information sources developed over the course of the investigation. Because this affidavit is offered only to support a Criminal Complaint, it does not contain all of the information learned during the course of the investigation.

3. On December 1, 2014, the Georgia Institute of Technology ("Georgia Tech") detected that approximately twenty (20) online employee accounts had been compromised and many of which were victims of payroll fraud. Georgia Tech discovered unauthorized changes to the payee information when payroll was processed on November 26, 2014. The initial alert came as a result of changes made to the payee information with invalid account numbers. Officials with Georgia Tech launched an internal investigation and contacted the Federal Bureau of Investigation.

4. On December 2, 2014, the Affiant met with a team of personnel at Georgia Tech, including Georgia Tech's information technology team, the Georgia Tech Police Department, the accounting and payroll department and other persons who provided insight into the unauthorized payroll changes.

5. Georgia Tech advised that unknown subjects compromised a virtual private

network (VPN) account belonging to a Georgia Tech employee and then used that VPN account to gain access to Georgia Tech's internal computer network. Once on the network, the subjects sent phishing e-mails to Georgia Tech employees. Because the trespasser was on Georgia Tech's VPN, the e-mail filters did not initially detect the phishing e-mails. GA Tech has recovered several of the phishing e-mails.

6. The phishing e-mail, if clicked on and the directions followed, would obtain the username and password for an employee's personnel account. The account included access to a program called PeopleSoft, which is the payroll system where an employee can view and make changes to their payroll information.

7. Georgia Tech provided a spreadsheet of at least sixteen (16) payroll accounts with direct deposit information that was changed without permission. The potential loss associated with those unauthorized changes indicated that $143,386.52 in total payroll payments were accessed by the computer trespasser(s). Of that amount, $51,175.44 was transferred and not recovered. Georgia Tech contacted the affected employees and confirmed that the true account holders did not authorize any changes to the payee information. In addition to paychecks going to bank accounts used by the subjects, the compromised PeopleSoft software program contained the personal identifying information of the affected employees, including social security numbers, dates of birth and home addresses.

8. Georgia Tech was able to isolate the Internet Protocol (IP) address range used by the computer network trespassers when they accessed the VPN account used to make the unauthorized changes. IP addresses are often dynamic in nature, meaning that they change within a range based on the internet service provider (ISP) and the time of the connection. The range is specific to that which would have been allocated by the internet service provider (ISP) at the time of the connections. VPN logs for the compromised accounts provided both the connection IP address for the client connections to the VPN and the IP the VPN client assigned to the given sessions. The assigned session IP address is what other computers and/or services would see once that connection was established by the Georgia Tech VPN Client.

9. Georgia Tech cross referenced with the payroll department and confirmed

unauthorized payroll changes throughout the month of November 2014.    More specifically, the payroll department reported unauthorized changes on November 8, 12, 16, 18, and 19. These changes were tracked in a spreadsheet that was provided for evidence and tracking purposes.

10.  The unauthorized payroll changes were discovered to have been committed while the computer trespasser utilized a VPN account *ppaul31*.    Georgia Tech contacted the authorized VPN account holder, who confirmed that they were not in Malaysia at anytime around the time of the intrusion and did not give out or otherwise authorize anyone else to access their VPN account.

11.  The VPN logs were examined and discovered to contain numerous IP connections resolving to Malaysia which connected to user ppaul31 during the times of the payroll changes. The following is a log entry from the VPN log for November 11th – 12th, 2014(GMT -0500) (read from bottom up):

```
2014-11-12T07:27:57.248065-05:00 ipsec6.vpn.gatech.edu %ASA-6-722023:
Group <tier1-employees> User <ppaul31> IP <123.136.106.41> TCP SVC connection terminated without compression
2014-11-12T07:27:57.248020-05:00 ipsec6.vpn.gatech.edu %ASA-6-716002:
Group <tier1-employees> User <ppaul31> IP <123.136.106.41> WebVPN session terminated: User Requested.
2014-11-12T07:27:57.248020-05:00 ipsec6.vpn.gatech.edu %ASA-4-722037:
Group <tier1-employees> User <ppaul31> IP <123.136.106.41> SVC closing
connection: User Requested.
2014-11-12T07:27:57.248020-05:00 ipsec6.vpn.gatech.edu %ASA-5-722012:
Group <tier1-employees> User <ppaul31> IP <123.136.106.41> SVC Message:
16/NOTICE: Client PC is shutting down..
2014-11-11T23:50:29.627067-05:00 ipsec6.vpn.gatech.edu %ASA-4-722051:
Group <tier1-employees> User <ppaul31> IP <123.136.106.41> IPv4 Address <143.215.17.237> IPv6 address <::>
assigned to session
2014-11-11T23:50:29.627067-05:00 ipsec6.vpn.gatech.edu %ASA-6-722055:
Group <tier1-employees> User <ppaul31> IP <123.136.106.41> Client Type:
Cisco AnyConnect VPN Agent for Windows 3.1.05170
2014-11-11T23:50:29.627067-05:00 ipsec6.vpn.gatech.edu %ASA-6-722022:
Group <tier1-employees> User <ppaul31> IP <123.136.106.41> TCP SVC connection established without compression
2014-11-11T23:50:29.627067-05:00 ipsec6.vpn.gatech.edu %ASA-5-722032:
Group <tier1-employees> User <ppaul31> IP <123.136.106.41> New TCP SVC connection replacing old connection.
2014-11-11T23:50:29.626248-05:00 ipsec6.vpn.gatech.edu %ASA-5-722028:
Group <tier1-employees> User <ppaul31> IP <175.142.176.234> Stale SVC connection closed.
2014-11-11T23:19:47.831767-05:00 ipsec6.vpn.gatech.edu %ASA-4-722051:
Group <tier1-employees> User <ppaul31> IP <175.142.176.234> IPv4 Address <143.215.17.237> IPv6 address <::>
assigned to session
2014-11-11T23:19:47.831767-05:00 ipsec6.vpn.gatech.edu %ASA-6-722055:
Group <tier1-employees> User <ppaul31> IP <175.142.176.234> Client Type:
Cisco AnyConnect VPN Agent for Windows 3.1.05170
2014-11-11T23:19:47.831767-05:00 ipsec6.vpn.gatech.edu %ASA-6-722022:
Group <tier1-employees> User <ppaul31> IP <175.142.176.234> TCP SVC connection established without compression
2014-11-11T23:19:47.831767-05:00 ipsec6.vpn.gatech.edu %ASA-5-722034:
Group <tier1-employees> User <ppaul31> IP <175.142.176.234> New TCP SVC connection, no existing connection.
2014-11-11T23:18:36.489164-05:00 ipsec6.vpn.gatech.edu %ASA-6-722023:
Group <tier1-employees> User <ppaul31> IP <123.136.106.208> TCP SVC connection terminated without compression
2014-11-11T23:18:36.489018-05:00 ipsec6.vpn.gatech.edu %ASA-4-722037:
```

```
Group <tier1-employees> User <ppaul31> IP <123.136.106.208> SVC closing
connection: Transport closing.
2014-11-11T21:28:38.418516-05:00 ipsec6.vpn.gatech.edu %ASA-4-722051:
Group <tier1-employees> User <ppaul31> IP <123.136.106.208> IPv4 Address <143.215.17.237> IPv6 address <::>
assigned to session
2014-11-11T21:28:38.418516-05:00 ipsec6.vpn.gatech.edu %ASA-6-722055:
Group <tier1-employees> User <ppaul31> IP <123.136.106.208> Client Type:
Cisco AnyConnect VPN Agent for Windows 3.1.05170
2014-11-11T21:28:38.418516-05:00 ipsec6.vpn.gatech.edu %ASA-6-722022:
Group <tier1-employees> User <ppaul31> IP <123.136.106.208> TCP SVC connection established without compression
2014-11-11T21:28:38.418516-05:00 ipsec6.vpn.gatech.edu %ASA-5-722033:
Group <tier1-employees> User <ppaul31> IP <123.136.106.208> First TCP SVC connection established for SVC
session.
2014-11-11T21:28:38.418516-05:00 ipsec6.vpn.gatech.edu %ASA-4-722041:
TunnelGroup <gatech> GroupPolicy <tier1-employees> User <ppaul31> IP <123.136.106.208> No IPv6 address
available for SVC connection
2014-11-11T21:28:32.838255-05:00 ipsec6.vpn.gatech.edu %ASA-6-113039:
Group <tier1-employees> User <ppaul31> IP <123.136.106.208> AnyConnect parent session started.
2014-11-11T21:28:32.838255-05:00 ipsec6.vpn.gatech.edu %ASA-6-734001:
DAP: User ppaul31, Addr 123.136.106.208, Connection AnyConnect: The following DAP records were selected for
this connection:
tier1-employees, allowed attributes#012
2014-11-11T21:28:32.838255-05:00 ipsec6.vpn.gatech.edu %ASA-7-734003:
DAP: User ppaul31, Addr 123.136.106.208: Session Attribute endpoint.anyconnect.useragent = "AnyConnect Windows
3.1.05170"
2014-11-11T21:28:32.838255-05:00 ipsec6.vpn.gatech.edu %ASA-7-734003:
DAP: User ppaul31, Addr 123.136.106.208: Session Attribute endpoint.anyconnect.macaddress["0"] =
"f4-b7-e2-7b-32-9b"
2014-11-11T21:28:32.838216-05:00 ipsec6.vpn.gatech.edu %ASA-7-734003:
DAP: User ppaul31, Addr 123.136.106.208: Session Attribute endpoint.anyconnect.deviceuniqueid =
"F1CE46BCE59D2408F6BB39BE8E425CE4272D059325275BAB62BD81CA36866F1E"
2014-11-11T21:28:32.838125-05:00 ipsec6.vpn.gatech.edu %ASA-7-734003:
DAP: User ppaul31, Addr 123.136.106.208: Session Attribute endpoint.anyconnect.platformversion = "6.1.7600 "
2014-11-11T21:28:32.838125-05:00 ipsec6.vpn.gatech.edu %ASA-7-734003:
DAP: User ppaul31, Addr 123.136.106.208: Session Attribute endpoint.anyconnect.devicetype = "Intel Pentium
Processors= 4 x86"
2014-11-11T21:28:32.838125-05:00 ipsec6.vpn.gatech.edu %ASA-7-734003:
DAP: User ppaul31, Addr 123.136.106.208: Session Attribute endpoint.anyconnect.platform = "win"
2014-11-11T21:28:32.838125-05:00 ipsec6.vpn.gatech.edu %ASA-7-734003:
DAP: User ppaul31, Addr 123.136.106.208: Session Attribute endpoint.anyconnect.clientversion = "3.1.05170"
2014-11-11T21:28:32.838125-05:00 ipsec6.vpn.gatech.edu %ASA-7-734003:
DAP: User ppaul31, Addr 123.136.106.208: Session Attribute aaa.cisco.grouppolicy = tier1-employees
2014-11-11T21:28:32.837519-05:00 ipsec6.vpn.gatech.edu %ASA-7-734003:
DAP: User ppaul31, Addr 123.136.106.208: Session Attribute
aaa.ldap.gtPersonEntitlement.25 =
/gt/central/services/network/vpn/tier1-employees/enabled
2014-11-11T21:28:32.837519-05:00 ipsec6.vpn.gatech.edu %ASA-7-734003:
DAP: User ppaul31, Addr 123.136.106.208: Session Attribute
aaa.ldap.gtPersonEntitlement.24 =
/gt/central/services/network/vpn/tier1/enabled
2014-11-11T21:28:32.837150-05:00 ipsec6.vpn.gatech.edu %ASA-7-734003:
DAP: User ppaul31, Addr 123.136.106.208: Session Attribute
aaa.ldap.gtPersonEntitlement.13 =
/gt/central/services/network/vpn-2fa/tier1-2fa-employees/enabled
2014-11-11T21:28:32.827155-05:00 ipsec6.vpn.gatech.edu %ASA-6-113011:
AAA retrieved user specific group policy (tier1-employees) for user =
ppaul31
2014-11-11T21:28:32.703448-05:00 ipsec6.vpn.gatech.edu %ASA-6-113011:
AAA retrieved user specific group policy (tier1-employees) for user =
ppaul31
```

12. The IP address that connected to the VPN client was 123.136.106.205, which resolved to a Mobile Operator named UMOBILE in Kuala Lumpur, Malaysia. The VPN client

assigned IP address 143.215.17.237 to the VPN session seen above and would be seen as such to any subsequent website and/or server the user connected to while on the VPN. The VPN client was also configured to capture many indicators and user attributes such as the `devicetype = "Intel Pentium Processors= 4 x86", platform = "win"` and `macaddress["0"] = "f4-b7-e2-7b-32-9b"`. The MAC or media access control address is similar to a serial number assigned to network interfaces for communications on the physical network segment. Mac addresses are assigned to physical hardware such as Network Interface Cards (a.k.a NIC cards), which are basically the card a computer uses to interface with the internet.

13. The MAC address associated with this connection became important because GA Tech was able to monitor VPN access associated with that MAC address for other nefarious activity. In so doing, GA Tech captured VPN logs from anytime that MAC address was seen authenticating to a VPN. After the unauthorized payroll changes in November of 2014 and the steps GA Tech took to prevent the subject from making further payroll changes, the MAC address was seen switching to two other VPN accounts.

14. The MAC address "f4-b7-e2-7b-32-9b" was the only MAC address seen connecting to the VPN account *ppaul31* and was logged using it until December 1, 2014. After which, the user connected to VPN user *jfisch6* from December 1, 2014 until December 15, 2014. On December 16, 2014 the MAC address was observed connecting to VPN account *nchrisandina3*, where all future activity has been logged.

15. The legitimate VPN account holder(s) were contacted by GA Tech Cyber security team and given new VPN accounts, which prevented the capture of any legitimate network traffic. On or about December 3, 2014, Georgia Tech captured the web traffic associated with the compromised VPN account(s). Georgia Tech captured the web traffic and created logs in the .pcap (short for packet capture) file format which were voluntarily shared with the FBI. The logs created by the internet activity of the subjects were numerous and contained several gigabytes of information a week. For example, one day of logs could include hours of Internet traffic.

16. The .pcap data received from Georgia Tech was turned over to FBI Computer

Scientists (CS) for investigation.   FBI CS's discovered several fraudulent scams within the capture data.   For example, FBI CS identified internet activity consistent with computer intrusions associated with other U.S. based colleges and universities, romance scams, stolen identity tax refund fraud schemes and other fraud schemes.

17.   Early on in the investigation GA Tech located several phishing emails that were connected with the credential theft that led to the compromised VPN accounts as well as the unauthorized payroll changes.   One of the phishing emails sent to over four hundred (400) GA Tech faculty and Staff was observed to have one outlier email address not associated with GA Tech.   The email address *dammy_kunle321@yahoo.com* was included as one of the recipients.   Early analysis of the .pcap data established the same *dammy_kunle321@yahoo.com* as being associated with internet traffic logged during VPN sessions with MAC address "f4-b7-e2-7b-32-9b", the same MAC address from the VPN logs of compromised users.

## YAHOO! ACCOUNTS ASSOCIATED WITH THE USE OF GA TECH VPN AND PAYROLL COMPROMISE

18.   Since logging of the compromised VPN account(s) began, there have been at least twelve (12) Yahoo accounts signed into by the subject(s) who have utilized the protected VPN network without authorization.   The first being *dammy_kunle321@yahoo.com*, who can be observed by analyzing the SIP protocol information captured in the .pcap data.   A screen capture of the TCP stream observed in the logs for December 11, 2014 is shown as follows:

```
REGISTER sip:98.138.26.56:443;transport=tcp SIP/2.0
Via: SIP/2.0/TCP 127.0.0.1:5061;branch=z9hG4bK-66903d77-1874-49c0-ac85-cb2e8eef811a
Max-Forwards: 70
Contact: <sip:dammy_kunle321/50849@127.0.0.1:443;transport=tcp>
To: <sip:dammy_kunle321/50849@98.138.26.56:443;transport=tcp>
From: <sip:dammy_kunle321/50849@98.138.26.56:443>;tag=da6a410a
Call-ID: e01d2988-0bb7-4926-9599-e5358979091c
CSeq: 1 REGISTER
Expires: 3600
User-Agent: Yahoo Voice,2.0
Content-Length: 0
Y-User-Agent: intl=us; os-version=w-2-6-2; internet-connection=lan; cpu-speed=0; pstn-call-enable=true; appid=11.5.0.228

SIP/2.0 401 Unauthorized
From: <sip:dammy_kunle321/50849@98.138.26.56:443>;tag=da6a410a
To: <sip:dammy_kunle321/50849@98.138.26.56:443>;tag=33b016b0-381a8a62-1b9e-dce496-477d609b-dce496
Call-ID: e01d2988-0bb7-4926-9599-e5358979091c
CSeq: 1 REGISTER
Via: SIP/2.0/TCP 127.0.0.1:5061;received=143.215.17.129;branch=z9hG4bK-66903d77-1874-49c0-ac85-cb2e8eef811a
WWW-Authenticate: Digest realm="sip.yahoo.com",nonce="2BKH0k7a4tOnCPX0yfDR86MOU36v",algorithm=MD5
Content-Length: 0
```

19. Given the SIP client type as "Yahoo Voice 2.0", the user *dammy_kunle321* must coincide with a Yahoo account/e-mail address of *dammy_kunle321@yahoo.com*. Packet Capture data was able to be parsed for Yahoo messenger traffic and Yahoo! ID *dammy_kunle321@yahoo.com* was also observed in Yahoo messenger chat data on several occasions discussing what appear to be various fraudulent scams.

20. Once the user *dammy_kunle321@yahoo.com* was seen on the protected VPN account *nchrisandina3*, no further VPN accounts have appeared to have been compromised and/or utilized. There were however, new Yahoo! Inc. IDs seen in the .pcap traffic connecting to the VPN account *nchrisadina3* without permission. Starting February 2, 2015 and continuing thru July 2015, different MAC addresses have been observed in the VPN logs for the user *nchrisandina3*. When correlated with .pcap data, the new MAC addresses appeared to coincide with a new Yahoo! Inc. ID appearing in captured traffic. This was also explained when Yahoo! Inc. messenger data was observed in the .pcap traffic indicating the user behind *dammy_kunle321@yahoo.com* shared the VPN login credentials with several other Yahoo! Inc. IDs to include Yahoo! Inc. ID *info_segze@yahoo.com, damiolamide@yahoo.com, orlakool2344@yahoo.com* and others.

21. Based on the initial indications and actions observed in the VPN logs as well as the

7

packet capture logs, Grand Jury subpoenas and a search warrant were issued for *dammy_kunle321@yahoo.com, suredre4babes@yahoo.com* and *info_segze@yahoo.com*. The return information included all IP connections tracked by Yahoo! Inc.   In the search warrant return data from Yahoo! Inc. there were further indications of nefarious activity and collusion of multiple persons involved in the overall scheme to defraud Georgia Tech, University of Virginia, University of Central Florida, hundreds of U.S. taxpayers and many others.

22.   The IP connections from Yahoo! Inc. for user account *dammy_kunle321@yahoo.com* provided numerous correlations to the VPN and .pcap logs from Georgia Tech.   Of particular note were the IP connections Yahoo! Inc. provided for the month of November 2014.   During the month of November, the user *dammy_kunle321@yahoo.com* was logged as having connected to Yahoo! Inc. servers at least forty seven (47) times from a Georgia Tech IP address that was associated with the compromised VPN account *ppaul31*.

23.   GA Tech had indicated several days of unauthorized changes being made to compromised payroll accounts including November 12, 2014.   The following connections were observed in the Yahoo! Inc. provided IP connections for user *dammy_kunle321@yahoo.com*:

| | | |
|---|---|---|
| dammy_kunle321 | 143.215.17.143 50663 | Wed 18:38:31 (GMT) 12-Nov-2014 |
| dammy_kunle321 | 143.215.17.143 50181 | Wed 17:37:34 (GMT) 12-Nov-2014 |
| dammy_kunle321 | 143.215.17.237 54499 | Wed 04:20:30 (GMT) 12-Nov-2014 |
| dammy_kunle321 | 143.215.17.237 52074 | Wed 02:30:40 (GMT) 12-Nov-2014 |

24.   When compared to session times from the VPN logs, including the VPN log printed above, the time overlapped with a Malaysian IP address connecting to the VPN account *ppaul31* and the VPN client assigned the matching 143.215.17.XXX IP address belonging to GA Tec.   In addition all of the November VPN connections came from the same MAC address of "f4-b7-e2-7b-32-9b".

25.   It can be reasonably be concluded that Yahoo! Inc. ID *dammy_kunle321@yahoo.com* was associated with the user who phished Georgia Tech to obtain user credentials and subsequently used those credentials without permission and with

8

the intent to commit further acts of fraud by making unauthorized payroll changes to at least twenty (20) employees of GA Tech.

26. Further indications that the user *dammy_kunle321@yahoo.com* did commit and conspired to commit enumerated offenses can be seen in emails and Yahoo! Inc. messenger traffic obtained in the search warrant return data.

27. The following chat was observed from Yahoo! Messenger chat conversations between Yahoo! Inc. ID *dammy_kunle321@yahoo.com* and *kirkwoods70@yahoo.com:*

From kirk woods <kirkwoods70@yahoo.com> Reply | Reply All | Forward | Archive | Junk | Delete
Subject okay cool 11/11/14 11:02 PM
To dammy_kunle321@yahoo.com Other Actions

kirkwoods70(04:01:56 (UTC)):BANK NAME: FORT SILL NATIONAL BANK ACC NAME: Leslie Forsyth ACC NUMBER : 47647835 ROUTING NUMBER :103112675 SSN : 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 DOB: march ,5-1970 CLIENT ADDRESS : 105 McBride st, McMinnville ,TN ,37110 BANK ADDRESS : 915 N Chancery Street, McMinnville, TN 37110 FSNB P.o. Box 33009 Fort sill, ok 73503
dammy_kunle321(04:02:23 (UTC)):okay cool

From kirk woods <kirkwoods70@yahoo.com> Reply | Reply All | Forward | Archive | Junk | Delete
Subject the client dey pay steady money 11/14/14 2:57 AM
To dammy_kunle321@yahoo.com Other Actions

dammy_kunle321(07:40:27 (UTC)):<ding>
kirkwoods70(07:40:40 (UTC)):<ding>
kirkwoods70(07:40:46 (UTC)):I'm here egbon
dammy_kunle321(07:40:59 (UTC)):u go just de talk drop wey no de down
kirkwoods70(07:41:46 (UTC)):i no understand egbon
kirkwoods70(07:41:51 (UTC)):make i call you
dammy_kunle321(07:42:09 (UTC)):no worry
kirkwoods70(07:56:48 (UTC)):================================
kirkwoods70(07:56:50 (UTC)):Appalachian Credit Union myacfu.com users name is kyle196988 password is rebelman88 account name---kyle smith Routing Number-264279321 Acount Number- 000000784620 address ---Appalachian Community Federal Credit Union 5034 Bobby Hicks Hwy,Suite 2 Gray, Tn 37615 Q&A What is the first name of your oldest niece? Amber
kirkwoods70(07:56:52 (UTC)):============================
kirkwoods70(07:56:59 (UTC)):the account na 8 years old
kirkwoods70(07:57:21 (UTC)):na my best friend get am
dammy_kunle321(07:57:33 (UTC)):na mayee mak we know if e sure
kirkwoods70(07:57:40 (UTC)):forget
kirkwoods70(07:57:48 (UTC)):the client dey pay steady money





28. The two bank account numbers *kirkwoods70@yahoo.com* was seen sending to *dammy_kunle321@yahoo.com* matched exactly what Georgia Tech had in their records for two of the unauthorized payroll changes. Furthermore, the amounts *dammy_kunle321@yahoo.com* confirmed and told to *kirkwoods70@yahoo.com* matched what the real faculty/staff member from GA Tech would have been paid on pay day for the accounts where the account numbers from *kirkwoods70@yahoo.com* were used.

29. In another chat session, this time with Yahoo! Inc. user *orlakool2344@yahoo.com*, more bank account information can be observed being passed to *dammy_kunle321@yahoo.com*. Screen grabs of the chats indicate that *orlakool2344@yahoo.com* was directly involved in recruiting money mules, later discovered to be mostly romance scam victims, for use in the payroll fraud scheme. The following screen grabs show this transfer of information:

10

From: Olayinka Olaniyi <orlakool2344@yahoo.com>
Subject: **send me d acc for payroll**   11/6/14, 10:48 PM
To: dammy_kunle321@yahoo.com
Date: 07 Nov 2014 03:48:08 +0000 (UTC)
X-RocketMail: 00000008;R---------------;2088
X-Apparently-To: dammy_kunle321@yahoo.com via 98.137.13.221; Thu, 06 Nov 2014 20:11:00 -0800

### dammy_kunle321(03:48:08 (UTC)):send me d acc for payroll

From: Olayinka Olaniyi <orlakool2344@yahoo.com>
Subject: **2 dey ur skype making 5**   11/7/14, 2:28 AM
To: dammy_kunle321@yahoo.com
Date: 07 Nov 2014 07:28:51 +0000 (UTC)
X-RocketMail: 00000008;R---------------;5331
X-Apparently-To: dammy_kunle321@yahoo.com via 98.137.10.64; Thu, 06 Nov 2014 23:50:59 -0600
Content-Type: multipart/alternative; boundary="5aDuZDaGSPOL"

orlakool2344(07:23:00 (UTC)):okay
orlakool2344(07:23:32 (UTC)):<ding>
orlakool2344(07:23:42 (UTC)):sum dey fone
orlakool2344(07:27:17 (UTC)):Bank Name: FIRST AMERICAN BANK Account Name: Jessica Bragdon Home Address: 1829 beth bridge circle forest hill md 21050 Bank Address P.O.BOX 0794 ELKGROVE VILLAGE IL 60009 Online Access: cjgramma14 password: Pool.girl97 Routing number: 071922777 Account number: 51000672328 Security Question and Answer: FIRST QUESTION WHICH CITY WAS YOUR GRANDFATHER BORN. Answer: BROOKLYN 2. WHAT THE MIDDLE NAME OF YOUR YOUNGEST CHILD. Answer: LEE 3.WHAT IS THE FIRST NAME OF YOUR GRANDFATHER. Answer: JOHN
orlakool2344(07:27:20 (UTC)):<ding>
orlakool2344(07:27:53 (UTC)): Account Name: Tasha Story Address: 2401 n repsdorph rd apt 811 Seabrook tx 77586 Bank Name: Capital One Routing Number: 113024915 Account Number 8285686297 Bank Address: 231 south fm 270 League-city ,tx 77573 Bank Phone Number: 18006552265 Online Username: storyt83 Password: Mazarac1 (5 SECURITY QUESTION & ANSWER) 1)what was your first job-IHOP 2)what is your mothers middle name-Lynn 3)what was the title of your first job-waitress 4)what is the name of the street you lived on when you were 10-Oak Ave 5)what is your best friend's last name-Metcalf
orlakool2344(07:28:01 (UTC)):<ding>
orlakool2344(07:28:27 (UTC)): Account Name: Michelle Wilkins Home Address: 1140 Brownview Drive Rocky Mount NC 27801 Bank Name: WoodForest National Bank Bank Address: 1511 Benvenue Road Rocky Mount NC 27804 Bank phone # 252-442-1810 Account number: 1826418624 Routing #: 053112592 Online username: pmnmw14 Online password: Philip14 Security Question 1: What was your highschool mascot? Warrior Security Question 2: What is the name of a college you applied to but not attended? UNC Security Question 3: In what city or town was your first job? Rocky Mount Security Question 4: What is the name of the place your wedding reception waa held? None
orlakool2344(07:28:34 (UTC)):<ding>
dammy_kunle321(07:28:47 (UTC)):ok cool
orlakool2344(07:28:51 (UTC)):2 dey ur skype making 5

From: Olayinka Olaniyi <orlakool2344@yahoo.com>
Subject: **TD Bank 5,394.78**   11/20/14, 8:45 PM
To: dammy_kunle321@yahoo.com
Date: 21 Nov 2014 01:45:13 +0000 (UTC)
X-RocketMail: 00000008;R---------------;4313
X-Apparently-To: dammy_kunle321@yahoo.com via 98.137.13.211; Thu, 20 Nov 2014 17:50:58 -0800
Content-Type: multipart/alternative; boundary="ko3x92hmMbpi"

dammy_kunle321(01:28:14 (UTC)):<ding>
dammy_kunle321(01:28:27 (UTC)):Webster Bank 8,851.32
dammy_kunle321(01:33:08 (UTC)):Capital One 7,153.13 sure or plus 3550.04 making 10k plus
dammy_kunle321(01:38:00 (UTC)):WoodForest National Bank 6,679.59 and 5,246.69 making 11k9 SURE
dammy_kunle321(01:43:01 (UTC)):First Niagara Bank 6,894.53
dammy_kunle321(01:45:13 (UTC)):TD Bank 5,394.78

11

30. The chats above show the progression of user *dammy_kunle321@yahoo.com* asking *orlakool2344@yahoo.com* for accounts for payroll and *orlakool2344@yahoo.com* responding with at least three (3) accounts used in the unauthorized payroll changes from the Georgia Tech incident.   *Dammy_kunle321@yahoo.com* then responded with amounts for five (5) accounts *orlakool2344@yahoo.com* could expect to be deposited.   Those amounts were confirmed by Georgia Tech as correct payroll amounts for the respective compromised accounts.

31. Additional Yahoo! Inc. messenger chat information showed the range of sources *dammy_kunle321@yahoo.com* used in the fraudulent payroll changes at Georgia Tech.   In a conversation on 11/15/2014, *dammy_kunle321@yahoo.com* received another account# that was later used for an unauthorized payroll change.   The conversation was with *scott_valerie321@yahoo.com* and went as follows:



```
dammy_kunle321(07:30:56 (UTC)):e no go burst at all
dammy_kunle321(07:31:10 (UTC)):buh e good as u bring the one wey pay u
scott_valerie321(07:31:42 (UTC)):oga make i paste u the chase too den, try run the two lol
scott_valerie321(07:31:48 (UTC)):december wole de
dammy_kunle321(07:35:22 (UTC)):Okay
scott_valerie321(07:35:55 (UTC)):Account# 659869833. Routing# 044000037The bank is Chase. Michael Lee Sexton. 14 Jennings Ct. Shelby, Ohio. User name is SextonGt500 Pass word is MustangGt500 Identification # 09485060
dammy_kunle321(07:37:10 (UTC)):u must bring the email access ke
dammy_kunle321(07:37:18 (UTC)):before person fit login chase
scott_valerie321(07:37:44 (UTC)):i go collect am den
scott_valerie321(07:37:51 (UTC)):make dem wake up
dammy_kunle321(07:38:09 (UTC)):Okay good
scott_valerie321(07:38:29 (UTC)):so carry on with dis wells first sir
dammy_kunle321(07:38:57 (UTC)):na next week i go update u wen money go enter
```

32. The account# provided by *scott_valerie321@yahoo.com* was used in one of the unauthorized payroll changes with Georgia Tech.   In the chat you can read where *dammy_kunle321@yahoo.com* said he would update him next week when the money was going to enter.   This time frame matches the timeframe for the unauthorized payroll changes and the subsequent payroll date.

33. True identities of both *orlakool2344@yahoo.com* and *dammy_kunle321@yahoo.com* can be established with the search warrant return data, as well as the person utilizing *orlakool2344@yahoo.com* having used that email address on a VISA application to the United States in 2011.   In an email from *dammy_kunle321@yahoo.com* to *orlakool2344@yahoo.com* dated February 23, 2015 a scan of a Nigerian Passport and a Malaysian VISA was sent.   The passport had the following information

       FEDERAL REPUBLIC OF NIGERIA
       Surname:     IBIWOYE
       Given Name:    DAMILOLA SOLOMON
       Date of Birth:    05 DEC 88
       Passport No:   A02597296

34.   The Malaysian Visa contained the same information. The passport scan was exchanged in several other emails as well and appeared as follows:



35.   This information can also be observed in what appears to be internet service provider bills to *dammy_kunle321@yahoo.com*.   Confirmation of service set up was observed in August 2014 and subsequent monthly bills from September 2014 to April 2015 that were

sent to *dammy_kunle321@yahoo.com* with the following information:

```
Telekom Malaysia Berhad
TELEKOM BILL
Account No: 1021951130
```
(addressed to)

```
DAMILOLA SOLOMON IBIWOYE
B-8-1 FLR 8
BLOK B VILLA WANGSAMAS
JLN SERI WANGSA 2
WANGSA MAJU
53300 KUALA LUMPUR
WILAYAH PERSEKUTUAN
```

36.  It should be noted that many of the IP connections both from GA Tech's VPN logs and from Yahoo! Inc. IP connections logs resolved to IPs belonging to that Internet Service Provider (ISP).

37.  In addition, Facebook, Instagram and other social media accounts were located using the screen name *dammy_kunle321@yahoo.com*.   The pictures on those accounts and relevant posts matched the person in the image of the passport photo above.

38.  The Yahoo! Inc. ID *orlakool2344@yahoo.com*, also had numerous social media pages associated with it, including Twitter, MySpace and others. The pictures that are publicly posted and associated with that Yahoo! Inc. ID matched the image of a database check which indicated in 2011 a person named Olayinka Olaniyi applied for a VISA with the Department of State.   In the VISA application the person used the email address *orlakool2344@yahoo.com*. An image of the VISA application is as follows:

14

UNCLASSIFIED/FOR OFFICIAL USE ONLY - Information Protected under INA 222(f) and 9 FAM 40.4
This record cannot be transferred or reproduced in its entirety without permission of the Department of State – Bureau of Consular Affairs (Visa Services)

## NIV Applicant Detail:

| | | |
|---|---|---|
| Issuing Post Name | | Application Date |
| KUALA LUMPUR (KLL) | | 20110727 |
| Surname | | |
| OLANIYI | | |
| Given Name | | |
| OLAYINKA OLUWASEYI | | |
| Passport Number | Gender | Date of Birth | Nationality |
| A00214208, Official | MALE | 18APR1984 | NIGERIA (NRA) |
| Place of Birth | | |
| NIGERIA (NRA) | | |

| Class | Entries | Issued Date | Expiration Date | Foil Number |
|---|---|---|---|---|
| F1 | MULTIPLE | | 20130727 | |

| Validity (Months) | Annotation |
|---|---|
| 24 | SEVIS N0008484934 |
| | SOUTHERN ILLINOIS UNIVERSITY CARBONDALE CARBONDALE, IL |

## Related SAO Applications:

Related SAO Links

## Adjudication History

| Adjudication Date | Status |
|---|---|
| 20110728 | Refused |

## Foil History

| Foil Number | Class | Date Printed | Foil Status |
|---|---|---|---|
| | F1 | | 0 |

## Application Data

| | | | |
|---|---|---|---|
| Passport Number: | A00214208 | Birth Place City: | IGBOGILA |
| Passport Issue Date: | 20080228 | Passport Expires: | 20130227 |
| Passport City: | ABEOKUTA NRA | Passport Country: | NIGERIA (NRA) |
| Address: | SUNWAY UNIV., 5 JLN UNIVERSITI | | |
| City: | BDR SUNWAY | State: | SELANGOR |
| Country: | MALAYSIA (MLAS) | Postal Code: | 46150 |
| | | Visa Type: | REGULAR (R) |
| National ID: | | Occupation: | STUDENT |
| Employer: | SUNWAY UNIVERSITY | | |
| Petitioner Name: | | INS Petition ID: | |
| STC Name: | / | | |
| Telephone: | 0104389715 (HOME) (WORK) (OTHER) | Applicant Email: | ORLAKOOL2344@YAHOO.COM |
| Contact Name: | | | |
| Contact Phone(s): | (618)453-5774 | | |
| Arrival Date: | 20110812 | | |

## Previous Visa:

| Visa Code | | Date Issued | |
|---|---|---|---|

15

39. Furthermore, in the image of the chat conversation pictured above with *dammy_kunle321@yahoo.com*, the name OLAYINKA OLANIYI is displayed before the Yahoo! ID *orlakool2344@yahoo.com*, indicating a user input associated with that Yahoo! Inc. ID.

40. Based on the above information, I respectfully submit that there is probable cause to believe that the Yahoo! Inc. screen names *dammy_kunle321@yahoo.com*, *kirkwoods70@yahoo.com* and *orlakool2344@yahoo.com* did commit the offenses enumerated in this affidavit directly victimizing United States citizens of the Northern District of Georgia and many other districts. The subjects all had a role in the overall scheme to defraud U.S. persons and in so doing did compromise a protected computer network by phishing emails that led to the compromise of real VPN and Peoplesoft logins. After which, unauthorized payroll changes were made resulting the attempted and actual loss of over $5,000. Furthermore, the true identities of *dammy_kunle321@yahoo.com* and *orlakool2344@yahoo.com* have been established from multiple sources of information and are DAMILOLA SOLOMON IBIWOYE and OLIYINKA OLANIYI.